## EX PARTE NEVAREZ.

SOLICITUD para que se expida mandamiento de Habeas Corpus.

No. 44.   Resuelto en Febrero 8, 1905.

HABEAS CORPUS.—PRISIÓN ILEGAL.—COPIA DE LA SENTENCIA.   La detención de un prisionero como consecuencia de sentencia dictada contra él, sin que se

hubiera dado cumplimiento á lo que dispone el art. 327 del Código de Enjuiciamiento Criminal, es ilegal, y procede decretar su excarcelación por Habeas Corpus.

### EXPOSICIÓN DEL CASO.

En la solicitud presentada en este caso, se alegó, como uno de los motivos que, á juicio del peticionario, justificaban su excarcelación por virtud de este procedimiento de habeas corpus, el siguiente hecho:

Que el peticionario ha sido ilegalmente encarcelado y privado de su libertad en el *depósito municipal* del pueblo de Bayamón, á cargo del Alcaide ó Celador José Fuente, sin que pueda precisarse por orden de qué autoridad, puesto que no existe orden y mandamiento alguno en las oficinas de ese depósito, relativo al encarcelamiento del peticionario.

Expedido el mandamiento de Habeas Corpus, y diligenciado, consignó el Alcaide de la Cárcel de Bayamón, en su informe escrito, y entre otros hechos, el siguiente:

Que dicho Luis Nevárez está en calidad de detenido bajo mi custodia, por haberlo entregado en el depósito ó cárcel de Bayamón, el Marshal de esta Corte Municipal de Bayamón, Don Ramón Salgado, en la mañana del día tres del actual (Febrero) ; y por haber significado dicho Marshal, al entregarlo en la cárcel, que debía el preso quedar allí hasta tanto lo condujera á San Juan, en donde debía cumplir la pena, por haber sido condenado por la Corte á $500 de multa.

Abogado del peticionario: *Sr. Figueroa.*
Abogado del Pueblo: *Sr. Rossy, Fiscal.*

### OPINIÓN DEL TRIBUNAL.

Vistas estas diligencias de Habeas Corpus practicadas en cumplimiento del auto que se expidiera en 6 del corriente, y apareciendo de ellas que el peticionario se encuentra detenido en virtud de condena de la Corte Municipal de Bayamón sin que aparezca que se haya dado cumplimiento á lo que dispone el Artículo 327 del Código de Enjuiciamiento Criminal.

Se declara con lugar la solicitud de excarcelación, y en su consecuencia se ordena que se ponga inmediatamente en libertad al peticionario Luis Nevarez.

Jueces concurrentes: Sres. Presidente Quiñones y Asociados Hernández, Figueras, MacLeary y Wolf.